## In re CURLE.

(District Court, N. D. California, First Division. October 3, 1914.)

No. 7809.

1. BANKRUPTCY (§ 415*) — DISCHARGE — HEARING — ATTENDANCE BY BANK-
RUPT.
   Bankr. Act July 1, 1898, c. 541, § 7, 30 Stat. 548 (U. S. Comp. St. 1913, § 9591), providing that a bankrupt shall attend the hearing on his application for a discharge, if filed, requires the bankrupt to attend such hearing, though he may have removed from the district.
   [Ed. Note.—For other cases, see Bankruptcy, Cent. Dig. §§ 698–708, 719, 723, 724, 726, 728; Dec. Dig. § 415.*]

2. BANKRUPTCY (§ 415*)—APPLICATION FOR DISCHARGE—HEARING—ATTEND-
ANCE BY BANKRUPT.
   Bankr. Act 1898, § 7, providing that a bankrupt shall not be required to attend for examination at a place more than 150 miles from his home or place of business, does not apply to a hearing on an application for the bankrupt's discharge, so as to excuse him from attending the hearing on such application; he having removed from the district pending the proceedings.
   [Ed. Note.—For other cases, see Bankruptcy, Cent. Dig. §§ 698–708, 719, 723, 724, 726, 728; Dec. Dig. § 415.*]

In Bankruptcy. In the matter of bankruptcy proceedings of R. S. Curle.

D. E. von Schenck, for petitioners.

Houghton & Houghton, of San Francisco, Cal., opposed.

DOOLING, District Judge. [1] The question as to whether or not a bankrupt is required to attend the hearing upon his application for a discharge having been presented to the court by the referee herein, it is the judgment of the court that the provisions of section 7 of the Bankruptcy Act require such attendance, and that the bankrupt may not avoid such attendance by removing from the district.

[2] It is also the opinion of the court that, even if the provision that a bankrupt may not be required to attend at a place more than 150 miles from his home or place of business did apply to a hearing upon an application for discharge, the bankrupt could not avail himself thereof, if pending the bankruptcy proceedings he removed from the district.

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes